UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

    v.

Case No. 11-cr-100-01-SM

<u>Jose Tabares</u>,
    Defendant

## O R D E R

Defendant Jose Tabares has filed an Assented to Motion to Continue the final pretrial conference and trial for 60 days, which motion is granted (document no. 10). Trial has been rescheduled for the month of March 2012. Defendant Tabares shall file a waiver of speedy trial rights not later than January 2, 2012. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for March 9, 2012 at 11:00 a.m.

Jury selection will take place on March 20, 2012 at 9:30 a.m.


SO ORDERED.

                                                Steven J. McAuliffe
                                                U.S. District Judge

December 28, 2011

cc:    Behzad Mirhashem, Esq.
        Alford Rubega, AUSA
        U.S. Marshal
        U.S. Probation